HYUNSUK ALBERT CHANG (SBN 206270)
Email: albertchang@aclawfirm.net
LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, CA 90248
Telephone: (310) 769-6836
Facsimile: (310) 769-6787

Attorneys for Defendants J and B Property Holdings No. 2, LLC and DDS Khalsa, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>J AND B PROPERTY HOLDINGS NO. 2, LLC, a California Limited Liability Company; DDS KHALSA, INC., a California Corporation; and Does 1-10, inclusive<br><br>　　　　Defendants. | Case No. 2:20-cv-01444-DMG-JEF<br>Hon. Judge Dolly M. Gee<br><br>**DEFENDANTS' RESPONSE TO OSC RE JOINT STATUS REPORT RE SETTLEMENT** |

　　Defendants J AND B PROPERTY HOLDINGS NO. 2, LLC and DDS KHALSA, INC. ("Defendants") hereby responds to the Court's Minutes Re Order to Show Cause Re Settlement (Docket No. 26) as follows:

　　1.　On July 13, 2020, Plaintiff ORLANDO GARCIA's ("Plaintiff") attorney sent an email to Mediator Jean M. Lawler and Defendants' counsel to schedule a mutually agreeable date for mediation before the mediation completion date of July 29, 2020. Plaintiff, his attorney, and Mediator Jean M. Lawler were

only available together on July 29, 2020. However, due to the COVID-19 pandemic, Defendants and their attorney were not available on July 29, 2020.

2. Instead, the first available date for mediation for all parties, their attorneys, and Mediator Jean M. Lawler is August 21, 2020. As a result, the parties filed a Stipulation to Extend Mediation Complete Date (Docket No. 27). Mediator Jean M. Lawler also filed a Notice of Mediation Date (Docket No. 28) and notified the Court that the mediation is now scheduled on August 21, 2020.

3. Thus, in light of the above, Defendants respectfully request that the Court discharge the OSC Re Joint Status Report Re Settlement and not impose sanctions against the parties.

Respectfully submitted,

Dated: August 14, 2020          LAW OFFICES OF ALBERT CHANG

                                By: /s/ Hyunsuk Albert Chang
                                    Hyunsuk Albert Chang
                                    Attorneys for Defendants
                                    J and B Property Holdings No. 2, LLC
                                    and DDS Khalsa, Inc.

**DEFENDANTS' RESPONSE TO OSC RE JOINT STATUS REPORT RE SETTLEMENT**
- 2 -